1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVE WILSON,

11              Petitioner,                    No. CIV S-07-2752 GEB EFB P

12        vs.

13   J. WALKER, Warden, et al.,

14              Respondents.                   ORDER

15   _____/

16              Petitioner, a state prisoner proceeding without counsel, has filed an application for

17   a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19              On February 15, 2011, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fourteen days.  Neither

22   party has filed objections to the findings and recommendations.

23              The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1. The findings and recommendations filed February 15, 2011, are adopted in full;

2. Petitioner's application for a writ of habeas corpus is denied;

3. The Clerk is directed to close the case; and

4. The court declines to issue a certificate of appealability.

Dated:  March 23, 2011

GARLAND E. BURRELL, JR.
United States District Judge

2